| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF PENNSYLVANIA | |
| Case number *(if known)* _____  Chapter  **11** | ☐ Check if this is an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Francis Funeral Home, Inc.

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  23-2523906

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5201 Whitby Avenue** **Philadelphia, PA 19143** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Philadelphia** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  www.francisfunerals.com

**6. Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Francis Funeral Home, Inc.**_____  Case number (*if known*)_____
         Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

　■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor   **Francis Funeral Home, Inc.** _____    Case number (*if known*) _____
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____   Relationship _____
District _____ When _____   Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
         Contact name _____
         Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201              **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                page 3

Debtor **Francis Funeral Home, Inc.**   Case number (*if known*)
Name

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor **Francis Funeral Home, Inc.**  Case number (*if known*)
Name

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **June 17, 2025**
MM / DD / YYYY

**X /s/ Frankie Francis**                                         **Frankie Francis**
Signature of authorized representative of debtor       Printed name

Title  **President**

**18. Signature of attorney**

**X /s/ David B. Smith**                                Date **June 17, 2025**
Signature of attorney for debtor                               MM / DD / YYYY

**David B. Smith 59098**
Printed name

**Smith Kane Holman, LLC**
Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
Number, Street, City, State & ZIP Code

Contact phone  **610-407-7215**    Email address  **dsmith@skhlaw.com**

**59098 PA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Francis Funeral Home, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **City of Philadelphia c/o Lauren Burgess, Esquire Linebarger Goggan Blair Sampson LLC 1600 JFK Blvd, Suite 910 Philadelphia, PA 19103** | | **1020 Belmont Avenue** | | $2,133.30 | $0.00 | $2,133.30 |
| **Dorothy Bolton-Jones 1775 Bridge Street Philadelphia, PA 19124** | | | | $937,475.00 | $0.00 | $937,475.00 |
| **Internal Revenue Service 600 Arch Street Philadelphia, PA 19106-1611** | | possible federal tax liabilities | **Contingent Unliquidated Disputed** | | | Unknown |
| **J. Jones, A Minor 7103 Seaford Road Upper Darby, PA 19082** | | Civil Action | **Contingent Unliquidated Disputed** | | | $0.00 |
| **Nakisha Jenkins 1364 Gilham Street Philadelphia, PA 19111** | | Civil Action | **Contingent Unliquidated Disputed** | | | $0.00 |
| **PA Department of Labor and Industry 651 Boas Street Harrisburg, PA 17120** | | possible tax liabilities | **Contingent Unliquidated Disputed** | | | Unknown |
| **Pennsylvania Dept. of Revenue Bankruptcy Division Dept. 280946 Harrisburg, PA 17128** | | possible tax liabilities | **Contingent Unliquidated Disputed** | | | Unknown |

Debtor **Francis Funeral Home, Inc.**                                         Case number *(if known)*
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Priscilla Andrade**<br>**7103 Seaford Road**<br>**Upper Darby, PA**<br>**19082** | | **Civil Action** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Rose Jones**<br>**569 S. 3rd Street**<br>**Philadelphia, PA**<br>**19109** | | **Civil Action** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Satiawattie Granderson**<br>**7523 Buist Avenue**<br>**Philadelphia, PA**<br>**19153** | | **Civil Action** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Shaniah J. Matthews**<br>**6043 Walnut Street**<br>**Philadelphia, PA**<br>**19139** | | **Civil Action** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Shonda Figgins-Scott**<br>**6147 Spruce Stret**<br>**2nd Floor**<br>**Philadelphia, PA**<br>**19139** | | **Civil action** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |
| **Vinia Granderson**<br>**2058 S. Alden Street**<br>**Philadelphia, PA**<br>**19143** | | **Civil Action** | **Contingent**<br>**Unliquidated**<br>**Disputed** | | | **$0.00** |

Alan Nochumson, Esquire
Nochumson P.C.
1 South Broad Streeet
Suite 1000
Philadelphia, PA 19107


Bryan R. Lentz, Esquire
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102


City of Philadelphia
Dept of Revenue
Municipal Services Building
1401 J.F.K. Boulevard
Philadelphia, PA 19102


City of Philadelphia
c/o Lauren Burgess, Esquire
Linebarger Goggan Blair Sampson LLC
1600 JFK Blvd, Suite 910
Philadelphia, PA 19103


Commonwealth of Pennsylvania
Office of Chief Counsel, UC Division
651 Boas Street
10th Floor
Harrisburg, PA 17121-0750


Dorothy Bolton-Jones
1775 Bridge Street
Philadelphia, PA 19124


Frankie Francis
5201 Whitby Avenue
Philadelphia, PA 19143


Frederic I. Weinberg, Esquire
375 East Elm Street
Suite 210
Conshohocken, PA 19428

```
GSRAN-Z LLC
PO Box 71276
Philadelphia, PA 19176



Ian T. Norris
123 South Broad Street
Suite 2250
Philadelphia, PA 19109



Ian T. Norris, Esquire
123 South Broad Street
Suite 2250
Philadelphia, PA 19109



Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611



Internal Revenue Service
US Dept of the Treasury
PA 19100



J. Jones, A Minor
7103 Seaford Road
Upper Darby, PA 19082



Jeffrey I. Zimmerman, Esquire
261 Old York Road
Suite 707
Jenkintown, PA 19046



Jermaine Harris, Esquire
100 South Broad Street
Suite 1523
Philadelphia, PA 19110
```

```
John Alexander Hamilton, Esquire
Nochumson PC
1 S. Broad Street
Suite 1000
Philadelphia, PA 19107


Kean C. Maynard
1524 Locust Street
Philadelphia, PA 19102


Keirsty M. Degroote, Esquire
1524 Locust Street
Philadelphia, PA 19102


Kiersty M. Degroote, Esquire
1524 Locust Street
Philadelphia, PA 19102


Lola Francis
5201 Whitby Avenue
Philadelphia, PA 19143


Milton S. Savage, Esquire
1650 Market Street
36th Floor
Philadelphia, PA 19103


Milton S. Savage, Jr.
1650 Market Street
36th Floor
Philadelphia, PA 19103


Milton S. Savage, Jr., Esquire
1650 Market Street
36th Floor
Philadelphia, PA 19103
```

Nakisha Jenkins
1364 Gilham Street
Philadelphia, PA 19111


Natalie Klyashtorny, Esquire
1 South Broad Street
Suite 1000
Philadelphia, PA 19107


Nicola Mitchell, Esquire
Linebarger Goggan Blair Sampson LLP
One Penn Center
1617 JFK Blvd., Suite 555
Philadelphia, PA 19103


Niel Burton, Esquire
1060 Andrew Drive
Suite 170
West Chester, PA 19380


PA Department of Labor and Industry
651 Boas Street
Harrisburg, PA 17120


Pamela Harris-Williams, Esquire
1401 JFK Blvd.
5th Floor
Philadelphia, PA 19102


Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128


Priscilla Andrade
7103 Seaford Road
Upper Darby, PA 19082

Reynolds Casket Company
560 Myrtle Street
Reynoldsville, PA 15851


Richard L. Vanderslice, Esquire
1445 Snyder Avenue
Philadelphia, PA 19145


Rose Jones
569 S. 3rd Street
Philadelphia, PA 19109


Samantha McNair
617 N. Harrison Street
Wilmington, DE 19805


Satiawattie Granderson
7523 Buist Avenue
Philadelphia, PA 19153


Shaniah J. Matthews
6043 Walnut Street
Philadelphia, PA 19139


Shonda Figgins-Scott
6147 Spruce Stret
2nd Floor
Philadelphia, PA 19139


Vinia Granderson
2058 S. Alden Street
Philadelphia, PA 19143


Wm James Leake Funeral Home
925 Pusey Street
Chester, PA 19013

```
Xerox Financial Services
201 Merritt 7
Philadelphia, PA 19143
```

# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re **Francis Funeral Home, Inc.**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Francis Funeral Home, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 17, 2025**  
Date

**/s/ David B. Smith**  
**David B. Smith 59098**  
Signature of Attorney or Litigant  
Counsel for **Francis Funeral Home, Inc.**  
**Smith Kane Holman, LLC**  
**112 Moores Road**  
**Suite 300**  
**Malvern, PA 19355**  
**610-407-7215 Fax:610-407-7218**  
**dsmith@skhlaw.com**