**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Francis Funeral Home, Inc. | : | Case No. 25-12439 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

**VERIFIED STATEMENT OF SMITH KANE HOLMAN, LLC**
**TO BE EMPLOYED AS COUNSEL BY DEBTOR**

    David B. Smith, on behalf of Smith Kane Holman, LLC, as the proposed counsel for Francis Funeral Home, Inc. ("Debtor"), pursuant to Bankruptcy Rule 2014(a) and Local Bankruptcy Rule 2014-1, respectfully represents:

    1.    The above-captioned Debtor filed a voluntary petition pursuant to chapter 11 of the United States Bankruptcy Code on June 17, 2025 (the "Petition Date").

    2.    The Debtor wishes to employ Smith Kane Holman, LLC ("SKH") as counsel in connection with its case.

    3.    On September 17, 2024, the Debtor engaged SKH to provide debt counseling services, which services continued until April of 2025 when the Debtor decided to file the within chapter 11 bankruptcy case.

    4.    In connection with SKH's representation of the Debtor, the Debtor paid SKH a retainer of $3,500 on September 23, 2024, which SKH held in its IOLTA account until invoices were generated, at which point an amount sufficient to pay each invoice was transferred from the IOLTA account to SKH's operating account. Through March of 2025, SKH invoiced the Debtor a total of $1,797, all of which was paid from the $3,500 retainer as aforesaid.

    5.    In connection with SKH's transition of its engagement to a bankruptcy

engagement, the Debtor paid SKH the sum of $26,738 on May 8, 2025. At that time, SKH created an invoice through May 7, 2025, which was in the amount of $4,146.75, $1,703.00 of which was paid from the remaining balance of the initial $3,500 retainer and $2,443.75 of which was paid from the bankruptcy retainer.

6. Thereafter, as of the filing of the Debtor's bankruptcy case on June 17, 2025, SKH generated an invoice for the sum of $3,767.50, consisting of fees in the amount of $2,029.50 and costs in the amount of $1,738.00 for filing fee for this case, thereby leaving $20,526.75, which will be held in SKH's IOLTA account as a retainer payable under and subject to approval by the Bankruptcy Court after the filing of a fee application.

7. As required pursuant to Local Bankruptcy Rule 2014-1, SKH makes disclosures on the attached Exhibit A with respect to payments received by SKH within the 90-day period preceding the Petition Date. As set forth in the attached disclosures, SKH received the aggregate sum of $6,834.75 in payments within the applicable 90-day period. The forgoing payments in the aggregate are less than the $8,575.00 threshold for a preference payment pursuant to 11 U.S.C. § 547(c)(9). Furthermore, of those payments, only $2,443.75 was paid on account of an services rendered before receipt of a retainer; all other payments were on account of services rendered after SKH's receipt of a retainer. Accordingly, SKH submits that there is no prepetition event or circumstance that would disqualify it from being employed by the Debtor as its counsel.

8. SKH believes it has no connection with the Debtor, the Debtor's creditors, or any other party in interest (or their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee) that would disqualify it from representing the Debtor in this case.

9. SKH is not a creditor of the Debtor.

10.   SKH has represented bankrupt debtors and is able to perform services required by the Debtor relating to its chapter 11 bankruptcy case.

I, David B. Smith, managing member of Smith Kane Holman, LLC, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

SMITH KANE HOLMAN, LLC

Date: June 18, 2025

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
dsmith@skhlaw.com
*Proposed Counsel to Debtor*