# EXHIBIT A
# LOCAL BANKRUPTCY RULE 2014-1 DISCLOSURES REGARDING PAYMENTS WITHIN 90 DAYS OF THE BANKRUPTCY

| Date Payment Received | Amount Received | Amount Applied to Services Rendered Before Receipt | Amount Applied to Services Rendered After Receipt | Amount Remaining on Petition Date |
|---|---|---|---|---|
| 9/23/2024 | $3,500.00 | $0 | $2,361.50[1] | $0.00 |
| 5/8/2025 | $26,738.00 | $2,443.75 | $2,029.50 | $20,526.75[2] |

---

[1] The $3,500 retainer received on 9/23/24 was applied within 90 days of the Petition Date as follows: (a) $198 on 3/20/25; (b) $460.50 on 5/1/25; and $1,703 on 5/7/25 (the initial payment from the retainer in the amount of $1,138.50 occurred on 1/28/25, which was outside of the applicable 90-day period).

[2] This amount remaining includes the chapter 11 filing fee of $1,738.00, which was paid from funds held in trust.