# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Francis Funeral Home, Inc. | : | Case No. 25-12439 (AMC) |
| Debtor | : | |

## COMPENSATION STATEMENT OF SMITH KANE HOLMAN, LLC, PROPOSED COUNSEL FOR DEBTOR, PURSUANT TO BANKRUPTCY RULE 2016(b)

The undersigned, pursuant to Bankruptcy Rule 2016(b), states as follows:

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that Smith Kane Holman, LLC ("SKH") is the proposed counsel for the above-named debtor (the "Debtor") and that compensation paid to SKH within one year before the filing of the bankruptcy petition, or agreed to be paid to SKH, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with the bankruptcy case is as follows:

    (a) For legal services, SKH has agreed to bill the Debtor at the standard hourly rates set forth in the Debtor's application to employ Smith Kane Holman, LLC as Debtor's counsel.

    (b) Prior to the filing of this Statement, SKH received in the aggregate the sum of $30,238.00, which was applied as follows: (1) $7,973.25 in aggregate prepetition fees and costs; (2) $1,738.00 for the bankruptcy filing fee; and (3) $20,526.75 held as a post-petition retainer.

    (c) There is no balance due.

2. The source of the compensation paid to SKH is from the Debtor.

3. The source of compensation to be paid to SKH is from the remaining retainer and the Debtor's estate.

4. SKH has not agreed to share the above-disclosed compensation with any other person unless they are members and associates of SKH.

5. In return for the above-disclosed fee, SKH has agreed to provide legal services for the Debtor as set forth in the Debtor's application to employ Smith Kane Holman, LLC.

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to SKH for representation of the Debtor in this bankruptcy proceeding.

SMITH KANE HOLMAN, LLC

Date: June 18, 2025

By: */s/ Nicholas M. Engel*
Nicholas M. Engel, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
nengel@skhlaw.com
*Proposed Counsel to Debtor*